# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2021 KW 0918

VERSUS

CHRISTOPHER BUCKENBERGER                          **OCTOBER 25, 2021**

---

In Re:   Christopher  Buckenberger,  applying  for  supervisory
writs,  22nd  Judicial  District  Court,  Parish  of  St.
Tammany, No. 410991.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
a copy of the motion filed with the district court, the district
court's ruling on the motion, a copy of the bill of information
or indictment, all pertinent minute entries and/or transcripts,
and any other portions of the district court record that might
support the claims raised in the writ application.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT